IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-00116-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD BRUCE EMANUEL | ) | |
| | ) | |

This matter is before the court on Defendant's motion at docket entry 44. The U.S. Attorney is hereby DIRECTED to file a response to Defendant's motion within fourteen (14) days of the filing date of this order.

SO ORDERED.

This the 5th day of October, 2016.

JAMES C. FOX
Senior U.S. District Judge