UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-00116-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| DONALD B. EMANUEL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 48 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant.

This the __21__ day of October, 2016.

_James C. Fox_
JAMES C. FOX
United States District Judge